Official Form 7
(04/07)

# United States Bankruptcy Court
## District of Colorado

In re **DataFuzion, Inc.** Debtor(s)

Case No. **07-15260 EEB**
Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,287,102.62** | **2006 gross receipts from operation of business** |
| **$1,938,397.00** | **2005 gross receipts from operation of business** |
| **$954,896.00** | **2004 gross receipts from operation of business** |
| **$397,930.32** | **Gross receipts from operation of business to May 31, 2007** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment** | | **$0.00** | **$0.00** |

None ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dolphin Capital Corp. vs DataFuzion, Inc. Case #06CV7303** | **Lease default** | **Arapahoe County District Court** | **Judgment** |
| **Brian L. Martin/Russell Sloan vs DataFuzion, Inc. Case #05CV2720** | **Collection** | **Arapahoe County District Court** | **Pending** |
| **Jeffrey Lynn vs DataFuzion, Inc. Case #2006CV5861** | **Convertible Debenture** | **Arapahoe County District Court** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AICCO/Imperial Credit Companies, Inc. vs DataFuzion Inc. Case #06C11732** | **Collection** | **Arapahoe County District Court** | **Judgment** |
| **Americorp Financial vs DataFuzion, Inc. Case # 0633542** | **Property Tax claim** | **Michigan 48th District Court** | **Judgment** |
| **Tennessee Commerce Bank vs DataFuzion, Inc. Case # 2006CV5294** | **Lease default** | **Arapahoe County District Court** | **Judgment** |
| **Paychex vs DataFuzion, Inc. Case # 34294** | **Collection** | **Arapahoe County District Court** | **Judgment** |
| **De Lage Landen Financial vs DataFuzion, Inc. Case # 06-01857** | **Lease default** | **Chester County Court-MA** | **Judgment** |
| **American Enterprise Leasing vs DataFuzion, Inc. Case # 06CV3024** | **Lease default** | **Arapahoe County District Court** | **Judgment** |
| **American Enterprise Leasing vs DataFuzion, Inc. Case # 06CV3024** | **Lease default** | **Arapahoe County District Court** | **Judgment** |
| **The Trizetto Group, Inc. vs DataFuzion, Inc. Case # 05CV01547RPM-PAC** | **Collection** | **Colorado District Court** | **Judgment** |
| **Jeffrey P. Winslow et al vs DataFuzion, Inc. Case # 04CV2116LTB-MEH** | **Employee Dispute** | **Colorado District Court** | **Judgment** |
| **Joseph T. Braverman vs DataFuzion, Inc. Case # 2005CV4365** | **Collection** | **Arapahoe County District Court** | **Judgment** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert Padjen**<br>**5290 DTC Parkway Suite 150**<br>**Englewood, CO 80111** | **July 2007** | **Retainer of $7,500** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **See Attachment** | | |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DataFuzion, Inc.** | **84-1459991** | **See Petition** | **Medical billings and medical systems** | **February 1998 to present** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **See Attachment** | |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtor** | |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **See Attachment** | | |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **See Attachment** | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Question 3c above** | | |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **July 12, 2007** Signature **/s/ Douglas P. Davis**
**Douglas P. Davis**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form 6-Summary (10/06)

# United States Bankruptcy Court
## District of Colorado

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 93,937.55 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 2,686,023.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 224,642.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 4,718,834.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| | Total Assets | | 93,937.55 | | |
| | | | Total Liabilities | 7,629,500.58 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## District of Colorado

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Form B6A
(10/05)

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total > **0.00** (Total of this page)

Total > **0.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6B
(10/05)

In re **DataFuzion, Inc.**, Debtor    Case No. **07-15260 EEB**

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attachment** | - | **5,103.96** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord, LBI Group LLC** | - | **18,676.88** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **23,780.84**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6B
(10/05)

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivables current: $70,156.71**<br>**Receivables 30 to 90 days: $8,940.72** | **-** | **70,156.71** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **70,156.71**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attachment** | - | **Unknown** |
| | | **Leased Hardware** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Good will and customer contracts** | - | **Unknown** |

Sub-Total > **0.00**
(Total of this page)

Total > **93,937.55**

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Official Form 6D (10/06)

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1015, 1195, 0872,**<br>**AEL/Tennessee Commerce Bank**<br>**381 Mallory Station Road Suite 207**<br>**Franklin, TN 37067** | | - | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **189,380.85** | **Unknown** |
| Account No. **3001 & 9001**<br>**Axis/Leaf Financial**<br>**308 N. Locust St.**<br>**Grand Island, NE 68801** | | - | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **96,835.92** | **Unknown** |
| Account No. **9930**<br>**Cisco Systems Capital Corp.**<br>**111 Old Eagle School Road**<br>**Wayne, PA 19087** | | - | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **101,244.16** | **Unknown** |
| Account No. **1600 & 7000**<br>**CIT Technology Financial Service**<br>**P.O. Box 979220**<br>**Miami, FL 33197-9220** | | - | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **41,551.00** | **Unknown** |
| | | | Subtotal (Total of this page) | | | | **429,011.93** | **0.00** |

**3** continuation sheets attached

Official Form 6D (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6501**<br>**Dolphin Capital**<br>**877 S. Adams Rd.**<br>**Birmingham, MI 48009** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **44,030.46** | **Unknown** |
| Account No. **6001**<br>**GE Capital**<br>**201 W. Big Beaver Rd. Suite 1400**<br>**Birmingham, MI 48009** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **72,228.13** | **Unknown** |
| Account No. **6002**<br>**GE Capital**<br>**1010 Thomas Edison Blvd. SW**<br>**Cedar Rapids, IA 52404** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **88,747.00** | **Unknown** |
| Account No. **3000**<br>**Great America Leasing Corp.**<br>**625 1st Street SE, Suite 800**<br>**Cedar Rapids, IA 52401** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **36,864.99** | **Unknown** |
| Account No. **3359**<br>**HP Financial Services/NCF Financial**<br>**420 Mountain Ave.**<br>**P.O. Box 6 Murray Hill**<br>**New Providence, NJ 07974-0006** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **62,155.37** | **Unknown** |
| Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **304,025.95** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6D (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9991**<br>**Internal Revenue Service**<br>**Joanna Lynn**<br>**12600 West Colfax Suite C300**<br>**Denver, CO 80215-3766** | | **-** | **All assets**<br>Value $ **Unknown** | | | **X** | **988,706.81** | **Unknown** |
| Account No. **0239**<br>**Key Equipment**<br>**65 S. Pearl St.**<br>**P.O. Box 1339**<br>**Albany, NY 12201-1339** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **47,624.30** | **Unknown** |
| Account No. **9398**<br>**Key Equipment Finance**<br>**600 Travis St. Suite 1400**<br>**Houston, TX 77002** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **35,590.92** | **Unknown** |
| Account No. **3601**<br>**Popular Leasing**<br>**15933 Clayton**<br>**Chicago, IL 60677-1009** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **21,958.93** | **Unknown** |
| Account No.<br>**Sigma Opportunity Fund LLC**<br>**800 3rd Ave. Suite 1701**<br>**New York, NY 10022** | | **-** | **Receivables current: $70,156.71**<br>**Receivables 30 to 90 days: $8,940.72**<br>Value $ **70,156.71** | | | **X** | **630,000.00** | **559,843.29** |
| Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **1,723,880.96** | **559,843.29** |

Official Form 6D (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6300**<br>**TCF Express Leasing**<br>**1110 Wayzata Blvd. Suite 8011**<br>**Hopkins, MN 55305** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **50,091.46** | **Unknown** |
| Account No. **1000**<br>**US Bancorp Manifest**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **77,064.92** | **Unknown** |
| Account No. **3842**<br>**US Express Leasing**<br>**300 Lanidex Plaza**<br>**Parsippany, NJ 07054** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **32,785.18** | **Unknown** |
| Account No. **4001**<br>**Wells Fargo Financial Leasing Inc.**<br>**400 Locust St. Suite 500**<br>**Des Moines, IA 50309** | | **-** | **Lease**<br>**Leased Hardware**<br>Value $ **Unknown** | | | | **69,163.34** | **Unknown** |
| Account No. | | | Value $ | | | | | |
| | | | | | | Subtotal (Total of this page) | **229,104.90** | **0.00** |
| | | | | | | Total (Report on Summary of Schedules) | **2,686,023.74** | **559,843.29** |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07)

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**3** continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Alabama Dept. of Revenue**<br>**Alabama Unemployment Compensation**<br>**Alabama Employment Security**<br>**1021 Madison Avenue**<br>**Montgomery, AL 36104** | | - | **Taxes** | | | | **7,492.81** | **0.00** | **7,492.81** |
| Account No. **1001**<br>**Arapahoe County**<br>**5334 South Prince Street**<br>**Littleton, CO 80166-0001** | | - | **Notice** | | | | **0.00** | **0.00** | **0.00** |
| Account No.<br>**Buffalo County Assessor**<br>**PO Box 1270**<br>**Kearney, NE 68848-1287** | | - | **Taxes** | | | | **634.68** | **0.00** | **634.68** |
| Account No.<br>**Colorado Dept. of Labor and Employment**<br>**PO Box 956**<br>**Denver, CO 80202-0956** | | - | **Taxes** | | | | **4,603.27** | **0.00** | **4,603.27** |
| Account No.<br>**Connecticut Dept. of Labor**<br>**200 Folly Brook Blvd.**<br>**Wethersfield, CT 06109-1114** | | - | **Taxes** | | | | **2,163.00** | **0.00** | **2,163.00** |
| | | | Subtotal (Total of this page) | | | | **14,893.76** | **0.00** | **14,893.76** |

Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Connecticut Dept. of Revenue**<br>**PO Box 5089**<br>**Hartford, CT 06102-5089** | | - | **Taxes** | | | | **12,800.31** | **0.00** | **12,800.31** |
| Account No.<br>**Internal Revenue Service**<br>**600 17th Street**<br>**12th Floor North Tower**<br>**Stop 5012DEN**<br>**Denver, CO 80202-2490** | | - | **Withholding and other taxes** | | | **X** | **127,682.53** | **0.00** | **127,682.53** |
| Account No.<br>**Nebraska Dept. of Labor & Employment**<br>**PO Box 94600**<br>**Lincoln, NE 68509-4600** | | - | **Taxes** | | | | **18,891.67** | **0.00** | **18,891.67** |
| Account No.<br>**Nebraska Dept. of Revenue**<br>**PO Box 98915**<br>**Lincoln, NE 68509-8905** | | - | **Taxes** | | | | **25,691.00** | **0.00** | **25,691.00** |
| Account No.<br>**Oregon Dept. of Revenue**<br>**PO Box 14800**<br>**Salem, OR 97309-5049** | | - | **Taxes** | | | | **1,405.28** | **0.00** | **1,405.28** |
| | | | Subtotal (Total of this page) | | | | **186,470.79** | **0.00** | **186,470.79** |

Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of Colorado**<br>**Department of Revenue**<br>**State Capitol Annex**<br>**1375 Sherman Street**<br>**Denver, CO 80261-0004** | | - | **Taxes** | | | | **22,175.45** | **0.00** | **22,175.45** |
| Account No.<br><br>**State of Colorado**<br>**Department of Revenue**<br>**State Capitol Annex**<br>**1375 Sherman Street**<br>**Denver, CO 80261-0004** | | - | **Taxes** | | | | **490.27** | **0.00** | **490.27** |
| Account No.<br><br>**Texas Workforce Commission**<br>**PO Box 149037**<br>**Austin, TX 78714-9037** | | - | **Taxes** | | | | **10.95** | **0.00** | **10.95** |
| Account No.<br><br>**Washington Dept. of Revenue**<br>**Treasury Unit PO Box 9046**<br>**Olympia, WA 98507** | | - | **Taxes** | | | | **601.12** | **0.00** | **601.12** |
| Account No. | | | | | | | | | |
| Subtotal (Total of this page) | | | | | | | **23,277.79** | **0.00** | **23,277.79** |
| Total (Report on Summary of Schedules) | | | | | | | **224,642.34** | **0.00** | **224,642.34** |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G247984**<br>**AIG**<br>**3600 Route 66**<br>**P.O. Box 1591 MSN 3D**<br>**Neptune, NJ 07754-1591** | | - | **Trade debt** | | | | **535.46** |
| Account No.<br>**All American Accounting & Tax Services**<br>**3090 South Jamaica Court, Suite 211**<br>**Denver, CO 80214** | | - | **Credit** | | | | **2,533.15** |
| Account No.<br>**Americorp Financial, LLC**<br>**877 S. Adams**<br>**Birmingham, MI 48009** | | - | **Trade debt** | | | | **666.74** |
| Account No.<br>**B-Line Express Courier, Inc.**<br>**PO Box 17461**<br>**Denver, CO 80217** | | - | **Trade debt** | | | | **28.00** |

**20** continuation sheets attached

Subtotal (Total of this page) **3,763.35**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 S/N:26006-070521 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor    Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bauers, Robert**<br>**7660 Valmont Road**<br>**Boulder, CO 80301** | | - | **Debenture** | | | | **855,476.16** |
| Account No. **0355**<br>**Bell South**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** | | - | **Trade debt** | | | | **741.00** |
| Account No. **1880**<br>**Bell South**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** | | - | **Trade debt** | | | | **651.02** |
| Account No. **1886**<br>**Bell South**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** | | - | **Trade debt** | | | | **1,184.61** |
| Account No. **1888**<br>**Bell South**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** | | - | **Trade debt** | | | | **928.45** |

Sheet no. **1** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **858,981.24**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bell, Daniel**<br>**81 Glenmoor Drive**<br>**Englewood, CO 80113** | | - | **Debenture** | | | | **16,500.00** |
| Account No.<br>**Brandenburg, Stephen**<br>**312 Larch Street**<br>**Abbotsford, WI 54405** | | - | **Trade debt** | | | | **68,532.24** |
| Account No.<br>**Braveman, Joseph**<br>**210 South O'Neida Street**<br>**Denver, CO 80230** | | - | **Debenture** | | | | **46,681.49** |
| Account No.<br>**Bushansky, Stephen**<br>**2575 Palisade Ave.**<br>**Bronx, NY 10463** | | - | **Debenture** | | | | **4,392.81** |
| Account No.<br>**Carlos De Moraes Family Trust**<br>**2050 Cherryville Road**<br>**Littleton, CO 80121** | | - | **Debenture** | | | | **101,149.08** |

Sheet no. **2** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **237,255.62**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chahin Jr., Jaques**<br>**11 Lorie Lane**<br>**Walnut Creek, CA 94597** | | - | **Debenture** | | | | **25,571.44** |
| Account No.<br>**Chahin Sr. M.D., Jaques**<br>**2564 Rolling Hills Estates**<br>**Alamo, CA 94507** | | - | **Debenture** | | | | **51,142.64** |
| Account No. **001C**<br>**Chubb Insurance**<br>**P.O. Box 7777-1630**<br>**Philadelphia, PA 19175-1630** | | - | **Trade debt** | | | | **6,357.00** |
| Account No. **9000**<br>**CitiCapital**<br>**P.O. Box 8500-9805**<br>**Philadelphia, PA 19178-9805** | | - | **Trade debt** | | | | **4,659.18** |
| Account No.<br>**Commercial Credit**<br>**Commercial Credit Suite 310**<br>**Paramus, NJ 07652** | | - | **Trade debt** | | | | **2,900.00** |

Sheet no. **3** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **90,630.26**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Concentrics, Inc.**<br>**5 Scotch Heather**<br>**Littleton, CO 80127** | | **-** | **Trade debt** | | | | **1,477.52** |
| Account No.<br>**Cummins Rocky Mountain, LLC**<br>**8211 W. 96th Ave.**<br>**Henderson, CO 80640** | | **-** | **Trade debt** | | | | **181.78** |
| Account No.<br>**Data Pacific**<br>**8547 East Arapahoe Road Suite J309**<br>**Englewood, CO 80112** | | **-** | **Trade debt** | | | | **96,440.00** |
| Account No.<br>**Davis, Jerry**<br>**113 Grand Cove Lane**<br>**Oak Ridge, TN 37830** | | **-** | **Debenture** | | | | **5,500.00** |
| Account No.<br>**Dean, Peter**<br>**428 Point Rd.**<br>**Marion, MA 02738** | | **-** | **Judgment** | | | | **44,486.33** |

Sheet no. **4** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **148,085.63**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dean, Phillip**<br>**31 Channing Road**<br>**Dedham, MA 02026** | | - | **Judgment** | | | | **286,644.33** |
| Account No. **7001**<br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | | - | **Trade debt** | | | | **1,108.44** |
| Account No.<br>**Deluxe Checks**<br>**PO Box 1186**<br>**Lancaster, CA 93584** | | - | **Trade debt** | | | | **474.31** |
| Account No.<br>**Douglas Davis**<br>**2120 West Littleton Blvd.**<br>**Littleton, CO 80120-2026** | | - | **Wages** | | | | **425,297.00** |
| Account No.<br>**Eakes Office Plus**<br>**P.O. Box 2098**<br>**Grand Island, NE 68802** | | - | **Trade debt** | | | | **3,958.80** |

Sheet no. **5** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **717,482.88**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Ehrhardt, Keefe, Steiner, & Hottman, PC**<br>**7979 E. Tufts Ave., Sutie 400**<br>**Denver, CO 80237** | | - | **Credit** | | | | **6,729.38** |
| Account No.<br>**Eldorado Artesian Springs**<br>**P.O. Box 445**<br>**Eldorado Springs, CO 80025** | | - | **Trade debt** | | | | **280.29** |
| Account No.<br>**Essner, Frank**<br>**3419 Old Hopper road**<br>**Cape Girardeau, MO 63701** | | - | **Judgment** | | | | **49,658.97** |
| Account No.<br>**Faircloth, Harry**<br>**32411 Meadow Mountian Road**<br>**Evergreen, CO 80439** | | - | **Debenture** | | | | **20,000.00** |
| Account No. **6959**<br>**Federal Express**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | | - | **Trade debt** | | | | **1,587.18** |

Sheet no. **6** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **78,255.82**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GE Medical Systems Information Technolog**<br>**5517 Collections Center Dr.**<br>**CO 80693** | | - | **Trade debt** | | | | **12,148.87** |
| Account No.<br><br>**Gilsenan, Finbar**<br>**1099 Route 9 W.**<br>**Nyack, NY 10960** | | - | **Debenture** | | | | **8,380.87** |
| Account No.<br><br>**Goldberg, Sheldon**<br>**924 Savannah Falls Drive**<br>**Fort Lauderdale, FL 33327** | | - | **Debenture** | | | | **1,130.72** |
| Account No.<br><br>**Grabinski, Jim**<br>**6 Leo Lane**<br>**New Windsor, NY 12553** | | - | **Debenture** | | | | **102,349.59** |
| Account No.<br><br>**Hankins, Ronald**<br>**1-15-15 Momochi Swara Ku**<br>**Fukuoka 814-0006 Japan** | | - | **Judgment** | | | | **54,289.86** |

Sheet no. **7** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **178,299.91**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hart, Kathy**<br>**7159 Willow Creek Dr.**<br>**Nashville, TN 37221** | | - | **Judgment** | | | | **40,061.78** |
| Account No. **0018**<br><br>**Hartford Life Insurance Company**<br>**P.O. Box 8500-3690**<br>**Philadelphia, PA 19178-3690** | | - | **Trade debt** | | | | **1,056.00** |
| Account No.<br><br>**Health Care Informatics**<br>**P.O. Box 2242 Carol Stream**<br>**Carol Stream, IL 60132-2242** | | - | **Trade debt** | | | | **1,485.00** |
| Account No.<br><br>**Health Data Management**<br>**Thompson Media 55 Broadway**<br>**10th Floor**<br>**New York, NY 10006** | | - | **Trade debt** | | | | **627.27** |
| Account No.<br><br>**Hermes, Roger**<br>**341 Harrison Street**<br>**Annandale, MN 55302** | | - | **Judgment** | | | | **74,046.37** |

Sheet no. **8** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **117,276.42**

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.** , Debtor Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Home Town Leasing**<br>**2015 N. Broadway**<br>**PO Box 1507**<br>**Grand Island, NE 68803** | | - | **Trade debt** | | | | **3,282.92** |
| Account No. **8600**<br><br>**IBM**<br>**275 Viger East**<br>**Montreal QC H2X3R7** | | - | **Trade debt** | | | | **1,124.16** |
| Account No.<br><br>**Imperial A.I. Credit Companies**<br>**c/o Girsh & Rottman, P.C.**<br>**1331 17th Street, Suite 510**<br>**Denver, CO 80202** | | - | **Credit** | | | | **16,000.00** |
| Account No.<br><br>**Insight**<br>**6820 South Harl Ave.**<br>**Tempe, AZ 85283** | | - | **Trade debt** | | | | **670.96** |
| Account No.<br><br>**Internal Revenue Service**<br>**600 17th Street**<br>**12th Floor North Tower**<br>**Stop 5012DEN**<br>**Denver, CO 80202-2490** | | - | **Taxes** | | | **X** | **8,222.90** |

Sheet no. **9** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,300.94**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**J.E. Deck, LLC**<br>**287 Hopewell-Amwell Road**<br>**Hopewell, NJ 08525** | | - | **Judgment** | | | | **244,876.70** |
| Account No.<br>**Konica Minolta Business Solutions**<br>**PO Box 7247-0118**<br>**Philadelphia, PA 19170-0118** | | - | **Trade debt** | | | | **2,997.39** |
| Account No.<br>**LBI Group LLC**<br>**2100 W. Littleton, Ste. 300**<br>**Littleton, CO 80120** | | - | **Trade debt** | | | | **46,738.50** |
| Account No.<br>**Liza Meyers**<br>**9948 E. Maplewood 3rd Floor**<br>**Englewood, CO 80111** | | - | **Trade debt** | | | | **2,350.00** |
| Account No.<br>**Lynd, Lloyd**<br>**1810 Turner Drive**<br>**Nolensville, TN 37135** | | - | **Judgment** | | | | **80,013.98** |

Sheet no. **10** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **376,976.57**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.** , Debtor    Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Lynn, Jeff**<br>**4944 East Justica Street**<br>**Cave Creek, AZ 85331** | | - | **Debenture** | | | | **89,650.00** |
| Account No.<br>**Manchio, Rosemarie**<br>**17 Ostego Place**<br>**Commack, NY 11725** | | - | **Judgment** | | | | **16,415.91** |
| Account No.<br>**Martin, Brian c/o Kimberly Bruetsch**<br>**Robinson Waters & Dorisio**<br>**1099 18th St. Suite 2600**<br>**Denver, CO 80202** | | - | **Credit** | | | | **36,319.17** |
| Account No.<br>**McBride Electric**<br>**P.O. Box 51837**<br>**Los Angeles, CA 90051-6137** | | - | **Trade debt** | | | | **494.31** |
| Account No.<br>**McGraw-Hill Companies**<br>**P.O. Box 2242**<br>**Carol Stream, IL 60132-2242** | | - | **Trade debt** | | | | **508.27** |

Sheet no. **11** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **143,387.66**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.** , Case No. **07-15260 EEB**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4403**<br>**MCI**<br>**525 W. Monroe St. Business-Lockbox 93**<br>**8th Floor Mail Room**<br>**Chicago, IL 60661** | | - | **Trade debt** | | | | **12,436.62** |
| Account No. **3714 & 3718**<br>**MCI**<br>**525 W. Monroe St. Business-Lockbox 93**<br>**8th Floor Mail Room**<br>**Chicago, IL 60661** | | - | **Trade debt** | | | | **16,126.49** |
| Account No.<br>**MCI**<br>**PO Box 371838**<br>**Pittsburgh, PA 15250-7838** | | - | **Trade debt** | | | | **322.99** |
| Account No.<br>**Meacham, Mike**<br>**11305 Pachea Trial**<br>**Austin, TX 78726** | | - | **Debenture** | | | | **47,396.25** |
| Account No.<br>**MedAvant**<br>**P.O. Box 932068**<br>**Atlanta, GA 31193-2068** | | - | **Trade debt** | | | | **4,900.00** |

Sheet no. **12** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **81,182.35**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**MEM Enterprises**<br>**1776 Teller St. B-9**<br>**Denver, CO 80215** | | - | **Trade debt** | | | | **75.00** |
| Account No.<br>**MicroSoft Office Live Meeting**<br>**1400 SW 5th Ave**<br>**Portland, OR 97201** | | - | **Trade debt** | | | | **12,100.00** |
| Account No.<br>**Misys Healthcare Systems, LLC**<br>**Box 751585**<br>**Charlotte, NC 28275** | | - | **Trade debt** | | | | **118,003.62** |
| Account No.<br>**MJM Capital**<br>**1963 N. Canyon Rd. Suite 105**<br>**Provo, UT 84604** | | - | **Trade debt** | | | | **194.05** |
| Account No.<br>**Morgillo, Alan**<br>**38 Woodland Ave.**<br>**Farmingdale, NY 11735-1640** | | - | **Judgment** | | | | **108,930.39** |

Sheet no. **13** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **239,303.06**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**National Recovery/TCF Bank**<br>**PO Box 24690**<br>**Denver, CO 80224** | | - | **Credit** | | | | **6,021.17** |
| Account No.<br>**Neal, Wesley**<br>**4008 Honduras**<br>**Pasadena, TX 77504** | | - | **Judgment** | | | | **51,716.15** |
| Account No.<br>**Nebraska Central Telephone Company**<br>**P.O. Box 700**<br>**Gibbon, NE 68840-0700** | | - | **Trade debt** | | | | **2,075.11** |
| Account No.<br>**Nebraska Public Power District**<br>**P.O. Box 499**<br>**Columbus, NE 68602-0499** | | - | **Trade debt** | | | | **2,009.98** |
| Account No.<br>**Office Depot**<br>**Dept 56 PO Box 9020**<br>**Des Moines, IA 50368-9020** | | - | **Trade debt** | | | | **184.16** |

Sheet no. **14** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **62,006.57**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**OfficeMax**<br>**Retail Services Dept 7680**<br>**Carol Stream, IL 60116-7680** | | - | **Trade debt** | | | | **5,097.06** |
| Account No.<br>**Paychex**<br>**c/o Girsh & Rottman, P.C.**<br>**1331 17th St. Suite 510**<br>**Denver, CO 80202** | | - | **Credit** | | | | **12,923.00** |
| Account No.<br>**Paymntech/Chase**<br>**PO Box 6600**<br>**Hagerstown, MD 21741-6600** | | - | **Trade debt** | | | | **2,791.32** |
| Account No.<br>**Physicians Practice, Inc.**<br>**5523 Research Park Drive Suite 210**<br>**Catonsville, MD 21228** | | - | **Trade debt** | | | | **400.00** |
| Account No.<br>**Presto-X**<br>**P.O. Box 2578**<br>**Omaha, NE 68103** | | - | **Trade debt** | | | | **113.94** |

Sheet no. **15** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,325.32**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**PSC Info Group**<br>**P.O. Box 777-6540**<br>**Philadelphia, PA 19175** | | - | **Trade debt** | | | | **68,991.66** |
| Account No.<br>**Quality Communications**<br>**PO Box 839**<br>**Arvada, CO 80001** | | - | **Trade debt** | | | | **280.00** |
| Account No.<br>**Quill**<br>**P.O. Box 94081**<br>**Palatine, IL 60094-4081** | | - | **Trade debt** | | | | **163.34** |
| Account No. **402B**<br>**Qwest**<br>**PO Box 856169**<br>**Louisville, KY 40285-6169** | | - | **Trade debt** | | | | **200.68** |
| Account No. **589B**<br>**Qwest**<br>**PO Box 856169**<br>**Louisville, KY 40285-6169** | | - | **Trade debt** | | | | **859.38** |

Sheet no. **16** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **70,495.06**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4011**<br>**Qwest**<br>**PO Box 856169**<br>**Louisville, KY 40285-6169** | | - | **Trade debt** | | | | **2,527.12** |
| Account No.<br>**Radiology Coder's**<br>**11300 Rockville Pike Suite 1100**<br>**Rockville, MD 20852-3030** | | - | **Trade debt** | | | | **239.00** |
| Account No.<br>**Resch, Paul**<br>**105 Sherman Ave.**<br>**Middlesex, NJ 08846** | | - | **Debenture** | | | | **3,203.66** |
| Account No.<br>**Rocky Mountain Alarm Corp.**<br>**2865 S. Colorado Blvd. #321**<br>**Denver, CO 80222** | | - | **Trade debt** | | | | **150.00** |
| Account No.<br>**Rowley, Paul**<br>**64 Constitution Dr.**<br>**Tappan, NY 10983** | | - | **Debenture** | | | | **25,571.44** |

Sheet no. **17** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,691.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Security National Bank<br>601 Pkiero Street<br>Sioux City, IA 51101** | | - | **Trade debt** | | | | **1,880.99** |
| Account No.<br>**Slingsby, Robert<br>4377 Bronx Blvd.<br>Bronx, NY 10461** | | - | **Debenture** | | | | **52,261.10** |
| Account No.<br>**Sloan, Russell<br>c/o Kimberly Bruetsch, Robinson Waters &<br>Dorisio<br>1099 18th St. Suite 2600<br>Denver, CO 80202** | | - | **Credit** | | | | **36,319.17** |
| Account No.<br>**Soni, Joginder<br>1431 McKenzie Drive Suite 200<br>Modesto, CA 95350** | | - | **Debenture** | | | | **99,901.88** |
| Account No.<br>**Stephen C. Thurston, CPA<br>7839 Notch Mountain<br>Littleton, CO 80127** | | - | **Credit** | | | | **10,469.78** |

Sheet no. **18** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **200,832.92**

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Stephens, Thomas**<br>**143 NE 90th St.**<br>**Miami, FL 33138** | | - | **Judgment** | | | | **107,317.37** |
| Account No.<br>**Thomas Quinn, P.C.**<br>**1600 Broadway, Suite 2350**<br>**Denver, CO 80202** | | - | **Credit** | | | | **95,500.00** |
| Account No.<br>**Traveler's Insurance Company**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | | - | **Trade debt** | | | | **8,592.50** |
| Account No.<br>**TriZetto Group, Inc.**<br>**567 San Nicholas Drive, Suite 360**<br>**Newport Beach, CA 92660** | | - | **Credit** | | | X | **590,621.00** |
| Account No.<br>**US Bank**<br>**c/o Vinci Law Office, LLC**<br>**3091 S. Jamaica Ct. #150**<br>**Aurora, CO 80014** | | - | **Credit** | | | | **9,474.93** |

Sheet no. **19** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **811,505.80**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **DataFuzion, Inc.**, Debtor

Case No. **07-15260 EEB**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Venture Netcomm. Inc.**<br>**1377 Capital Circle**<br>**Lawrenceville, GA 30043** | | **-** | **Trade debt** | | | | **2,304.70** |
| Account No.<br>**Winslow, Jeffrey, et al**<br>**c/o GilMartin, Godin & Baity LLC**<br>**1050 17th St. Suite 1610**<br>**Denver, CO 80265** | | **-** | **Credit** | | | | **73,939.00** |
| Account No.<br>**Xanadu Associates, LLC**<br>**287 Hopewell-Amwell Raod**<br>**Hopewell, NJ 08525** | | **-** | **Judgment** | | | | **49,968.63** |
| Account No.<br>**Zechella, Bary**<br>**301 South Church Street**<br>**Athens, GA 30605** | | **-** | **Debenture** | | | | **94,583.57** |
| Account No. | | | | | | | |

Sheet no. **20** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **220,795.90** |
| Total (Report on Summary of Schedules) | **4,718,834.50** |

Form B6G
(10/05)

In re **DataFuzion, Inc.**, Debtor    Case No. **07-15260 EEB**

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **LBI Group LLC**<br>**2100 W. Littleton, Ste. 300**<br>**Littleton, CO 80120** | **Business premises** |
| **See hardware lessors on Schedule D** | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Form B6H
(10/05)

In re **DataFuzion, Inc.** , Case No. **07-15260 EEB**
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**Official Form 6-Declaration. (10/06)**

# United States Bankruptcy Court
## District of Colorado

In re **DataFuzion, Inc.** Case No. **07-15260 EEB**
Debtor(s) Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **37** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 12, 2007** Signature **/s/ Douglas P. Davis**
**Douglas P. Davis**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

L.B.F. Misc. SCRA Declaration

# United States Bankruptcy Court
## District of Colorado

In re **DataFuzion, Inc.** Debtor(s)

Case No. **07-15260 EEB**
Chapter **11**

## DECLARATION PURSUANT TO SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

*To be completed by the Debtor:*

Pursuant to the Servicemembers Civil Relief Act of 2003 ("SCRA"), I, __**Douglas P. Davis**__, the undersigned debtor, state that:

*Please check one:*

☐ I ***am*** entitled to the protections of SCRA. The basis for my eligibility under SCRA is ______.

or

■ I ***am not*** entitled to the protections of the SCRA.

*To be completed by the Joint Debtor, if applicable:*

Pursuant to the Servicemembers Civil Relief Act of 2003 ("SCRA"), I, ______, the undersigned debtor, state that:

*Please check one:*

☐ I ***am*** entitled to the protections of SCRA. The basis for my eligibility under SCRA is ______.

or

☐ I ***am not*** entitled to the protections of the SCRA.

Date **July 12, 2007**

Signature **/s/ Douglas P. Davis**
**Douglas P. Davis**
**President**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy